IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| PRIME PROPERTY & CASUALTY INSURANCE INC., <br><br> Plaintiff, <br><br> v. <br><br> ASAP TRANS CORP; JEFFREY SCOTT WALKER; and WILLIAM CATO, <br><br> Defendant. | C/A No.: 3:25-CV-04793-SAL <br><br> NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

YOU WILL PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Prime Property & Casualty Insurance Inc. respectfully gives notice that the above-entitled action is voluntarily dismissed against Defendants ASAP Trans Corp, Jeffrey Scott Walker, and William Cato.

CLYDE & CO US LLP

By:     s/Janice Holmes
Janice Holmes (Fed. I.D. No. 11366)
1775 Pennsylvania Ave. NW, Fourth Floor
Washington, DC 20006
Telephone: (202) 747-5178
Facsimile:  (202) 747-5150
janice.holmes@clydeco.us

and

Danny L. Worker
(*pro hac vice application forthcoming*)
Siobhán M. Murphy
(*pro hac vice application forthcoming*)
Vincent P. Tomkiewicz
(*pro hac vice application forthcoming*)
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone:  (312) 635-7000
dan.worker@clydeco.us
siobhan.murphy@clydeco.us
vincent.tomkiewicz@clydeco.us

Attorneys for Prime Property & Casualty Insurance Inc.

August 29, 2025
Lexington, South Carolina